HUDSON RIVER WATER POWER COMPANY, Appellant, *v.* GLENS FALLS GAS AND ELECTRIC LIGHT COMPANY, Respondent, Impleaded with Another.

*Hudson River W. P. Co.* v. *Glens Falls Gas & E. L. Co.*, 90 App. Div. 513, affirmed.

(Argued April 26, 1904; decided May 10, 1904.)

APPEAL, by permission, from a judgment entered February 3, 1904, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which reversed an interlocutory judgment of Special Term sustaining a demurrer to a counterclaim and overruled said demurrer.

The following question was certified: "Does the counterclaim set forth in the amended answer of the defendant Glens Falls Gas and Electric Light Company state facts sufficient to constitute a cause of action?"

*Richard Lockhart Hand* and *Henry W. Williams* for appellant.

*Howard Taylor* for respondent.

Question certified answered in the affirmative and interlocutory judgment affirmed, with costs, with leave to serve reply within twenty days; no opinion.

Concur: PARKER, Ch. J., GRAY, HAIGHT, VANN and WERNER, JJ. Dissenting: O'BRIEN and BARTLETT, JJ.